**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| NANCY ANDERSON as TRUSTEE of the ANDERSON TRUST DATED JUNE 7, 1996 and NANCY ANDERSON, INDIVIDUALLY, | Case No. 2:22-cv-499 (Circuit Court Case No. 22-CA-003006) |
| *Plaintiff*, | |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| *Defendant*. _____/ | |

## NOTICE OF REMOVAL

COMES NOW, SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE"), named as Defendant in the within cause of action, by and through undersigned counsel, and, pursuant to 28 U.S.C. §§ 1446, 1441(b), and 1332, files this Notice of Removal, and, in support hereof, states as follows:

**1.**     Plaintiff, NANCY ANDERSON, (hereinafter, "Plaintiff") commenced this action on July 14, 2022 in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida; the Circuit Court action was assigned Case Number 22-CA-003006.  A copy of the Summons, Complaint, and such other papers or exhibits as are required by the Local Rules of Court, are filed herewith, as **Exhibit "A."**

2.     The Notice of Service of Process reflects service of process in the State Court action upon SCOTTSDALE on July 20, 2022.

3.     28 U.S.C. § 1332 provides, in relevant part, as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between---
>
> (1) citizens of different States;….

4. By way of Paragraph 1 of the Complaint, Plaintiff alleges that, "[t]his is an action for damages within the jurisdictional limits of this court". *Refer to*, Complaint, Exh. "A."

5. Plaintiff provided SCOTTSDALE with an estimate of damages relative to the insured property totaling $240,646.59. *Refer to*, Estimate prepared by One Source Roofing, **Exhibit "B."**

6. In view of the foregoing, and in accordance with 28 U.S.C. § 1446(c)(2)(A)(ii), SCOTTSDALE believes that the amount-in-controversy requirement of 28 U.S.C. § 1332 is satisfied.

7. By way of Paragraphs 2 of the Complaint, and Policy number CPS2674049, Plaintiff's dwelling is located at 3057 Cleveland Ave, Fort Myers, FL 33901. *Refer to*, Complaint and Policy, Exh. "A." Property records maintained by the Office of the Property Appraiser for Sarasota County, reveal that Nancy J. Anderson TR for Nancy J. Anderson Trust owns real property located at address 10520 Casella Way, #202, Fort Myers, Florida 33913. *Refer to* Property Appraiser Records at **Exhibit "C"** hereto. A current Florida Driver License Records and Florida Motor Vehicle Registration search through LexisNexis, confirms that Nancy J. Anderson has a Florida Driver's License. A copy of the Florida Driver License Records and Florida Motor Vehicle Registration search through LexisNexis, are filed herewith, as **Composite Exhibit "D."** Further, "legal proceedings involving such traditional trusts are effectively brought by or against their trustees and, thus, it is the trustees' citizenship, not that of beneficiaries, that matters for purposes

of diversity." *Raymond Loubier Irrevocable Tr. v. Loubier*, 858 F.3d 719, 722 (2d Cir. 2017). PLAINTIFF is a citizen of only the State of Florida. *Id.*

8. SCOTTSDALE is a corporation duly organized and existing under the laws of the State of Ohio, with its principal place of business in the State of Arizona, and is a citizen of only the States of Ohio and Arizona. (Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business….".)

9. There is complete diversity of citizenship in this case.

10. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

11. The within Notice of Removal is being filed within thirty (30) days of June 9, 2022, the date of service upon SCOTTSDALE; removal is timely under 28 U.S.C. § 1446.

12. Removal to the Tampa Division of the United States District Court for the Middle District of Florida is proper, under 28 U.S.C. § 1441(a), as the State Court action was initiated by Plaintiffs in Sarasota County, Florida, which is located within this District/Division.

13. Undersigned counsel for SCOTTSDALE certifies that he will file a copy of the Notice of Removal with the Clerk of Court for Ft. Myers, Florida, and will give notice of same to Plaintiffs' counsel, Robert G. Terrell, Esq., Morgan & Morgan, P.A., rterrell@forthepeople.com; tvlcek@forthepeople.com; and kbarroso@forthepeople.com.

**WHEREFORE**, SCOTTSDALE prays for removal of this cause of action to the United States District Court for the Middle District of Florida (Ft. Myers Division), and for a stay of all proceedings in the State Circuit Court action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2022, I electronically filed the foregoing pursuant to the Supreme Court of Florida Order No. AOSC13-49 with the Clerk of Court

by using the Florida Courts E-Filing Portal who will send notice of this electronic filing to: Robert G. Terrell, Esq., Morgan & Morgan, P.A., rterrell@forthepeople.com; tvlcek@forthepeople.com; and kbarroso@forthepeople.com.  (Attorneys for Plaintiff).

                                      By: */s/ Sean W. Rolland*
                                      SEAN W. ROLLAND, ESQUIRE
                                      Florida Bar No.: 112151
                                      sean.rolland@wilsonelser.com
                                      kathleen.benavides-lopez@wilsonelser.com
                                      111 North Orange Avenue, Suite 1200
                                      Orlando, Florida 32801
                                      Telephone:  (407) 203-7599
                                      Facsimile:  (407) 648-1376
                                      Attorneys for Defendant,
                                      Scottsdale Insurance Company