IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT, IN
AND FOR LEE COUNTY, FLORIDA

CASE NO.

**NANCY ANDERSON AS TRUSTEE OF THE ANDERSON TRUST DATED JUNE 7, 1996 AND NANCY ANDERSON, INDIVIDUALLY,**

    Plaintiff,

vs.

**SCOTTSDALE INSURANCE COMPANY,**

    Defendant.

_____/

## C O M P L A I N T

COMES NOW the Plaintiff, **NANCY ANDERSON AS TRUSTEE OF THE ANDERSON TRUST DATED JUNE 7, 1996 AND NANCY ANDERSON, INDIVIDUALLY,** by and through the undersigned attorney and sues the Defendant, **SCOTTSDALE INSURANCE COMPANY,** a corporation authorized and doing business in the state of Florida, and alleges as follows:

1. This is an action for damages which exceeds Thirty-Thousand Dollars ($30,000.00), exclusive of attorney's fees, costs, and interest.

2. Plaintiffs dwelling, located at 3057 Cleveland Ave., Fort Myers, FL 33901, sustained water and wind damage due to hurricane Irma.

3. A policy of homeowners' insurance policy number CPS2674049, including the coverages to protect Plaintiff against the above losses, was issued by Defendant and was in full force and effect as to Plaintiff when Plaintiff's dwelling was damaged. A copy of the policy is in the exclusive control of Defendant and will be produced during discovery.

4. Plaintiff notified Defendant of the damages, and Defendant assigned a date of loss of September 10, 2017, and claim no. 01961742.

5. Plaintiff has complied with all conditions precedent to entitle Plaintiff to recover under the policy.

6. Defendant refused to pay for Plaintiffs' damages.

7. Defendant's refusal to pay to replace and/or repair Plaintiff's dwelling is a breach of contract.

8. Because of Defendant's denial of Plaintiff's claim, it has become necessary that Plaintiff retains the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

**WHEREFORE**, Plaintiff demands judgment against Defendant for Plaintiff's losses with interest on any overdue payments, attorney's fees and costs pursuant to *Florida Statutes* §§ 627.428, 57.041, and 92.231, and demands a trial by jury.

Dated: July 14, 2022.

/s/ Robert G. Terrell
Robert G. Terrell III, Esquire
Florida Bar No.: 106010
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
Email: rterrell@forthepeople.com (Primary)
tvlcek@forthepeople.com; (Secondary)
kbarroso@forthepeople.com; (Secondary)
Attorney for Plaintiff